## 58100. FINANCE AMERICA CORPORATION v. DRAKE.

Birdsong, Judge.

Appellant obtained a default judgment against appellee in a suit to recover on a promissory note executed pursuant to the Georgia Industrial Loan Act. Code Ann. Ch. 25-3. Appellee thereafter moved to set aside the judgment based on our decision in *Consolidated Credit Corp. v. Peppers,* 144 Ga. App. 401 (240 SE2d 922). The

trial court granted the motion which leaves the case pending below as the complaint was not dismissed. This judgment therefore is not a final one. *Mayson v. Malone,* 122 Ga. App. 814 (178 SE2d 806). As review of this order has not been authorized under the interlocutory procedure, the appeal is premature and must be dismissed. *Geiger Fin. Co. v. Scott Vending Co.,* 144 Ga. App. 16 (240 SE2d 581).

*Appeal dismissed. Quillian, P. J., and Smith, J., concur.*

ARGUED JULY 9, 1979 — DECIDED SEPTEMBER 17, 1979.

*Joe G. Davis, Jr., John C. Porter, Jr.,* for appellant.
*E. Graydon Shuford,* for appellee.
*Charles M. Baird,* amicus curiae.